UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-00247-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JAMAR EDWARD MCCULLOUGH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion for a Sentence Reduction (Doc. No. 43) under Amendment 821 to the United States Sentencing Guidelines. For the reasons set forth below, Defendant's Motion is **DENIED AS MOOT**.

On January 11, 2024, Defendant filed a pro se letter requesting a sentence reduction under Amendment 821, which the Court treated as a motion to reduce his sentence. (Doc. No. 39.) On February 6, 2024, the Court granted Defendant's motion and reduced his sentence to 68 months imprisonment. (Doc. No. 42.) Therefore, the Court has already granted Defendant the relief he seeks through this new motion. (Doc. No. 43.)

**IT IS THEREFORE ORDERED** that Defendant's Motion for a Sentence Reduction, (Doc. No. 43), is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: February 20, 2024

Frank D. Whitney
United States District Judge